IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SAM BERRY BLAIR, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GRAY TURNEY, MIKE ELROD and )<br>TANNENBAUM DEVELOPMENT )<br>COMPANY, LLC, )<br>)<br>Defendants ) | Case No. 4:07-cv-811 SWW |

**CONSENT ORDER EXTENDING TEMPORARY RESTRAINING ORDER ISSUED ON SEPTEMBER 6, 2007**

By consent of the parties, the Temporary Restraining Order issued on September 6, 2007, is converted into a preliminary injunction, and the relief granted is extended up to and including December 31, 2007.

IT IS SO ORDERED this _14th_ day of September, 2007, at _4:00_ o'clock p.m.

_____
UNITED STATES DISTRICT JUDGE

DATE: _September 14, 2007_

_____
Steve Bell
BELEW & BELL
500 East Main, Suite 20
Batesville, AR 72501
(870) 793-4247
(870) 793-2055 – *facsimile*

Attorneys for Gray Turney, Mike Elrod
and Tannenbaum Development Company, LLC

M SBB 1043101 v1
0-0 09/14/2007

*[signature]*

Sam Berry Blair (TN Bar No. 10375)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 577-2257
(901) 577-0720 – *facsimile*

Attorney and Pro Se Plaintiff

2