FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 4 2007

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAM BERRY BLAIR,                      )
                                      )
        Plaintiff                     )
                                      )
v.                                    )          Case No. 4:07-cv-811 SWW
GRAY TURNEY, MIKE ELROD and           )
TANNENBAUM DEVELOPMENT                )
COMPANY, LLC,                         )
                                      )
        Defendants                    )

## CONSENT ORDER EXTENDING PRELIMINARY INJUNCTION ISSUED ON SEPTEMBER 14, 2007

By consent of the parties, the Preliminary Injunction issued on September 14, 2007, is

extended up to and including March 31, 2008.

IT IS SO ORDERED this 4th day of December, 2007, at 12:45 o'clock

p.m.

_____
UNITED STATES DISTRICT JUDGE

DATE: December 4, 2007

_____
Steve Bell (Plaintiff sa)
BELEW & BELL
500 East Main, Suite 20
Batesville, AR 72501
(870) 793-4247
(870) 793-2055 – facsimile

Attorneys for Gray Turney, Mike Elrod
and Tannenbaum Development Company, LLC

Sam Berry Blair (TN Bar No. 10375)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN  38103
(901) 577-2257
(901) 577-0720 – *facsimile*

Attorney and Pro Se Plaintiff

2